UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BEATRICE B. McWATERS, et al.,            CIVIL ACTION NO. 05-5488

VERSUS

SECTION "K" (3)

FEDERAL EMERGENCY MANAGEMENT
AGENCY, et al.

## SETTLEMENT AGREEMENT AND ORDER

All plaintiffs and defendants hereby agree, by their undersigned counsel, that plaintiffs will be paid an award of attorneys fees and other expenses in relation to this case in the amount of one million three hundred thousand dollars ($1,300,000). This payment shall be made by the transmission of an electronic payment to a bank account to be designated by plaintiffs' counsel Howard O. Godnick of Schulte Roth & Zabel LLP, no later than seventy days after the Court signs and files this Settlement Agreement and Order. Payment of this amount will satisfy plaintiffs' claim for fees and other expenses in this action, and will release the defendants from any and all claims involving attorneys fees, expenses, and costs in connection with this case. Plaintiffs agree that they will not seek from the defendants any additional fees, costs, or expenses in connection with this litigation.

Facsimiles of counsels' signatures will suffice on this document, and such signatures shall, for all intents and purposes, be equivalent to their original signatures hereon.

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

Howard O. Godnick
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000

LAWYERS COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
John C. Brittain
1401 New York Avenue, NW, Suite 400
Washington, DC 20005-2124
Telephone: (202) 662-8600

THE PUBLIC INTEREST LAW PROJECT
Steve Ronfeldt
449 15th Street, Suite 301
Oakland, California 94612
Telephone: (510) 891-9794

NATIONAL LAW CENTER ON
HOMELESSNESS & POVERTY
Catherine Bendor
1411 K Street, NW, Suite 1400
Washington, DC 20005
Telephone: (202) 638-2535

PETER D. KEISLER
Assistant Attorney General

MICHAEL SITCOV
W. SCOTT SIMPSON

Attorneys, Department of Justice
Civil Division, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

OF COUNSEL:
BARBARA D. MONTOYA
KRISTEN E. SHEDD
Trial Attorneys
Office of the General Counsel
Federal Emergency Management Agency
Department of Homeland Security

Dated: April 24, 2007

COUNSEL FOR DEFENDANTS

2

*[Signature: John K. Pierre]*

John K. Pierre, LA Bar No. 20328
2900 Westfork Drive, Suite 200
Baton Rouge, Louisiana 70816
Telephone: (225) 295-5638

Dated: April 20, 2007

COUNSEL FOR PLAINTIFFS


IT IS SO ORDERED.   NEW ORLEANS, LOUISIANA

Dated: June 26th, 2007

*[Signature]*

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

3